

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2021

No. 04-21-00150-CV

**IN THE ESTATE** of Maria Luisa **AGUILAR,**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2020PB5000085-L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

On October 13, 2021, this court granted court reporter Virginia Henderson an extension of time to file the reporter's record to November 3, 2021. The reporter's record has not been filed. We ORDER Virginia Henderson to file the reporter's record on or before **December 7, 2021**.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court